UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LENDERS FUNDING, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **CASH4CASES, INC., ET AL.**, <br><br> Defendants. | Case No.  4:19-cv-08096-YGR <br><br> **ORDER: (1) GRANTING STIPULATION TO VACATE DATES; (2) DEEMING WITHDRAWN THE MOTION FOR ENTRY OF JUDGMENT; AND (3) SETTING COMPLIANCE DEADLINE** <br><br> Re: Dkt. No. 51, 57 |

Plaintiff Lenders Funding, LLC ("LF") has filed a stipulation requesting that all dates in this matter be vacated, and that a hearing be set for some time in the first quarter of 2021.  (Dkt. No. 57.)  LF centers this request on the fact that the bankruptcy proceeding in the Southern District of New York ("SDNY") regarding defendant Cash4Cases, Inc. may eliminate the need for this action.  Accordingly, the stipulation is **GRANTED** and all pending dates are **VACATED**. Moreover, in light of the representations in the stipulation therein, the Court deems the pending motion for entry of judgment against Jaeson Birnbaum **WITHDRAWN** without prejudice to refiling if necessary.  (Dkt. No. 51.)

The Court further **SETS** a compliance deadline for **9:01 a.m.** on **Friday, February 26, 2021**.  **Five (5) business days** prior to the date of the compliance deadline, the parties shall file either (a) the appropriate dismissal documents; or (b) a **JOINT STATEMENT** providing a status update as to the SDNY bankruptcy proceedings against Cash4Cases, Inc.  If compliance is complete, the compliance deadline will be taken off calendar.

This Order terminates Docket Numbers 51 and 57.

**IT IS SO ORDERED.**

Dated: September 1, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**